[No. 23967-8-I. Division One. August 27, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL L. BLAIR, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 88-1-00110-6, Michael F. Moynihan, J.,

entered March 2, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, A.C.J., and Baker, J.